## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA


Craig Andre Neal,                     )
                                      )
                    Petitioner,       )          Case No. 0:17-2352
                                      )
        vs.                           )
                                      )
Warden Joyner,                        )
                                      )          **ORDER**
                    Respondent.       )
                                      )
_____ )


By order dated October 25, 2017, this Court dismissed Petitioner's habeas petition

submitted pursuant to 28 U.S.C. § 2241 without prejudice. (Dkt. No. 11). Petitioner thereafter

filed a notice of appeal with the Fourth Circuit United States Court of Appeals. (Dkt. No. 14).

That matter remains pending before the Fourth Circuit. On April 27, 2018, Petitioner filed a

motion for reconsideration of this Court's October 2017 order (Dkt. No. 21), and additional

motions for appointment of counsel (Dkt. No. 24) and to supplement the record (Dkt. No. 25)

were filed on May 18, 2018.

It is well settled that the filing of a notice of appeal confers jurisdiction on the appellate

court and divests the district court of jurisdiction over those aspects of the case involved in the

appeal. *Griggs v. Provident Consumer Discount Company*, 459 U.S. 56, 58 (1982); *Hill v.*

*Executive Office for United States Attorneys*, 2017 WL 5079146 (W.D. Va. 2017). Under these

circumstances, this Court has no jurisdiction over this matter and, consequently, denies all

pending motions (Dkt. Nos. 21, 24, 25) without prejudice.

AND IT IS SO ORDERED.

_____

Richard Mark Gergel
United States District Judge

May 21, 2018
Charleston, South Carolina